# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY GREEN** | : | **CIVIL ACTION** |
| **v.** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **NO. 18-1716** |

## ORDER

**NOW**, this 7th day of January, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response, the plaintiff's reply, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Document No. ) , and no objections to the Report having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.   To the extent the plaintiff seeks remand, the request for review is **GRANTED**; and,

3.   The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter.

/s/TIMOTHY J. SAVAGE